UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MANJINA PATEL,
As the Guardian of Kishan Patel, an incapacitated person,

                 Plaintiff,

     -v-

CITY OF NEW YORK ET AL,

                Defendants.
------------------------------------------------------------------

24-CV-07428 (JAV)

<u>ORDER</u>

JEANNETTE A. VARGAS, United States District Judge:

      On December 26, 2024, the Court adjourned the previously scheduled initial pretrial conference set for **January 7, 2025** to **January 14, 2025 at 10:00 a.m**. (ECF No. 24). During the January 14, 2025, conference all parties should be prepared to advise the court and discuss their position on consolidation with *Hummel v. City of New York et al.*, Case No. 1:24-cv-08509-JAV. All other topics discussed in the prior Order (ECF No. 24), and any open legal issues will also be addressed at the conference.

SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                     _____
                                                     JEANNETTE A. VARGAS
                                                   United States District Judge