UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANJINA PATEL, as the Guardian of KISHAN PATEL, an incapacitated person,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, and POLICE OFFICERS JOHN DOE 1-10 | Civil Action No. 24-cv-7428 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)**

The undersigned, being counsel for all parties to this consolidated litigation, hereby stipulate and agree that Paragraph 94 of the Second Amended Complaint filed by Plaintiff Manjina Patel, as the Guardian of Kishan Patel, an incapacitated person, shall be stricken and that any claims against Defendants under a theory of *respondeat superior* are hereby dismissed

| | |
|---|---|
| /s/Duane Blackman<br>Duane Blackman, Esquire<br>100 Church Street,<br>Rm. 3-139<br>New York, NY 10007<br>Duane Blackman: (212) 356-7122<br>dblackma@law.nyc.gov<br>**Attorney for City of New York, Eric Adams, Edward Caban** | /s/Aaron Goldsmith<br>Aaron M. Goldsmith, Esquire<br>Law Office of Aaron M. Goldsmith, P.C.<br>225 Broadway, Suite 715<br>New York, NY 10007<br>(914) 588-2679<br>Fa: (212) 566-8165<br>aarongoldsmithlaw@gmail.com<br>**Attorney for Def Hieu Tran in Patel v. City, et al. Docket number 24-CV-7428** |
| /s/Peter Veloski<br>J. Peter Veloski, Esquire<br>Saltz Mongeluzzi Bendesky<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Main (215) 496-8282<br>Direct dial: 215-575-3996 | /s/Philip Hines<br>Philip M. Hines, Esquire<br>Held & Hines LLP<br>4815 Avenue N<br>Brooklyn, New York 11234<br>Tel: (718) 531-9700<br>Fax: (718) 444-5768 |

| | |
|---|---|
| Cell: 610-203-7037<br>Fax: 215-496-0999<br>pveloski@smbb.com<br>***Attorney for Plaintiff Stephanie Hummel*** | Carl Edward Zapffe, Esquire<br>Held & Hines LLP<br>622 Third Avenue Suite 600<br>New York, NY 10017<br>phines@heldhines.com<br>***Local counsel for Plaintiff Stephanie Hummel*** |

_____/s/Michael Pomerantz_____
Joseph M. Marrone, Esquire
Michael D. Pomerantz, Esquire
Marrone Law Firm, LLC
200 S. Broad Street, Suite 610
Philadelphia, PA 19102
TEL – (215) 732-6700
FAX – (215) 7327660
mpomerantz@marronelawfirm.com
***Attorney for Plaintiff Manjina Patel as the guardian of Kishan Patel, an incapacitated person***

Dated:_____2/20/2026_____

BY THE COURT:

_____
Honorable Jeanette A. Vargas
United States District Judge