| | |
|---|---|
| MANJINA PATEL, as guardian of KISHAN PATEL, an incapacitated person<br><br>                Plaintiff,<br><br>     vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, and POLICE OFFICERS JOHN DOE 1-10<br><br>                Defendants. | Civil Action No. 24-cv-7428 (lead case) |
| STEPHANIE HUMMEL<br><br>                Plaintiff,<br><br>     vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, and POLICE OFFICERS JOHN DOE 1-10<br><br>                Defendants. | Civil Action No. 24-cv-8509 (consolidated under 24-cv-7428) |

**ORDER**

**IT IS**, on this 24th day of February, 2026, **ORDERED** that upon consideration of Plaintiff's Motion For Leave to Conduct The Deposition of Hieu Tran, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that the videotaped deposition of Defendant, Hieu Tran, shall take place in person at the East Jersey State Prison, Rahway, New Jersey, with an option for participation via Zoom, beginning on March 18 and March 20, 2026 and continuing thereafter as necessary, or on such other date as the parties may mutually agree, subject to the rules and regulations of the New Jersey Department of Corrections.

It is **FURTHER ORDERED** that the following individuals shall be permitted to appear at the deposition, with specific names to be provided at a later date:

- Counsel for Plaintiff, Stephanie Hummel, from Saltz Mongeluzzi Bendesky P.C. and Held & Hines, LLP;

- Counsel for Plaintiff, Manjina Patel, as guardian of Kishan Patel, an incapacitated person, from Marrone Law Firm, LLC;

- Counsel for Defendant, The City of New York, from the New York City Law Department;

- Counsel for Defendant, Hieu Tran, from The Gold Law Firm, P.C.;

- Designated Videographer;

- Designated Technology Support Personnel (if necessary).

It is **FURTHER ORDERED** that the participants shall be permitted to bring all necessary documents and equipment into the facility with them for purposes of conducting the deposition, including but not limited to, the following:

- All paper files and paperwork of counsel;

- Boxes containing copies of any and all exhibits to be used with the witness;

- Counsel's laptops, tablets, and other electronic devices (with the exception of cell phones). No devices within the facility are permitted to be connected to mobile networks or the internet.

- Counsel's keyboards, mice, power cords, and power strips.

- Court Reporter's equipment, including, but not limited to, stenograph or other similar machine, power cords, power strips, Dictaphone or other recording device;

- Videographer's equipment, including, but not limited to, camera, microphones, power cords, power strips; and

- Technology support personnel's equipment, including, but not limited to, screens, monitors, speakers, HDMI splitters, HDMI cords, speaker wires, power cords, power strips.

**SO ORDERED**.

Dated: February 24, 2026
New York, New York

_____
JEANETTE A. VARGAS
United States District Judge