| | |
|---|---|
| MANJINA PATEL, as guardian of KISHAN PATEL, an incapacitated person<br><br>        Plaintiff,<br><br>    vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, and POLICE OFFICERS JOHN DOE 1-10<br><br>        Defendants. | Civil Action No. 24-cv-7428 (lead case) |
| STEPHANIE HUMMEL<br><br>        Plaintiff,<br><br>    vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, and POLICE OFFICERS JOHN DOE 1-10<br><br>        Defendants. | Civil Action No. 24-cv-8509 (consolidated under 24-cv-7428) |

**AMENDED ORDER**

**IT IS**, on this 2nd day of March, 2026, **ORDERED** that upon consideration of Plaintiff's Motion For Leave to Conduct The Deposition of Hieu Tran, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

It is **FURTHER ORDERED** that the videotaped deposition of Defendant, Hieu Tran, shall take place in person at the East Jersey State Prison, Rahway, New Jersey, with an option for participation via Zoom, beginning on March 18 and March 20, 2026 and continuing thereafter as necessary, or on such other date as the parties may mutually agree, subject to the rules and regulations of the New Jersey Department of Corrections.

It is **FURTHER ORDERED** that the following individuals shall be permitted to appear at the deposition, with any additional specific names to be provided at a later date:

- Counsel for Plaintiff, Stephanie Hummel, J. Peter Veloski Esq., from Saltz Mongeluzzi Bendesky P.C. and Phillip Hines, Esq. from Held & Hines, LLP;

- Counsel for Plaintiff, Manjina Patel, as guardian of Kishan Patel, an incapacitated person, Joseph M. Marrone, Esq., Michael D. Pomerantz, Esq. and Brian M. Marchese, Esq. from Marrone Law Firm, LLC;

- Counsel for Defendant, The City of New York, from the New York City Law Department (via zoom);

- Counsel for Defendant, Hieu Tran, from The Gold Law Firm, P.C. (via zoom);

- Designated Court Reporter,

- Designated Videographer, and

- Designated Technology Support Personnel (if necessary).

It is **FURTHER ORDERED** that the participants shall be permitted to bring all necessary documents and equipment into the facility with them for purposes of conducting the deposition, including but not limited to, the following:

- All paper files and paperwork of counsel;

- Boxes containing copies of any and all exhibits to be used with the witness;

- Counsel's laptops, tablets, and other electronic devices (with the exception of cell phones). No devices within the facility are permitted to be connected to mobile networks or the internet;

- Counsel's notepads writing utensils;

- Counsel's keyboards, mice, power cords, and power strips;

- Court Reporter's equipment, including, but not limited to, tablet, laptop, stenograph or other similar machine, charger cables, power cords, power strips, computer cords, dictaphone or other recording device;

- Videographer's equipment, including, but not limited to, camera case, camera, charger cable, headphones, lav mics, xlr cables, backdrop, lightstand, tripod, mixer, power cable, extension cable, bag, 2 laptops, HDMI cable, HDMI capture card; and

- Technology support personnel's equipment, including, but not limited to, screens, monitors, speakers, HDMI splitters, HDMI cords, speaker wires, power cords, power strips.

**SO ORDERED**.

Dated: March 2, 2026
New York, New York

JEANETTE A. VARGAS
United States District Judge