**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRCT OF NEW YORK**

| | |
|---|---|
| MANJINA PATEL, as guardian of KISHAN PATEL, an incapacitated person,<br><br>     Plaintiff,<br><br> vs.<br><br>THE CITY OF NEW YORK, et al.<br><br>     Defendants. | Civil Action No. 24-cv-7428 (lead case) |
| STEPHANIE HUMMEL,<br><br>     Plaintiff,<br><br> vs.<br><br>THE CITY OF NEW YORK, et al.<br><br>     Defendants. | Civil Action No. 24-cv-8509 (consolidated under 24-cv-7428) |

**ORDER**

   IT IS, on this 14th day of May, 2026, ORDERED that upon consideration of the parties'

representations made at the Scheduling Conference on May 6, 2026, that there is electronically

stored information in the possession of the Camden County, New Jersey, Prosecutor's Office,

and that the Camden County Prosecutor will not provide this information without a Court

Order, it is hereby ORDERED and DECREED that the Camden County Prosecutor's Office is

to make the cell phone of Hieu Tran available to the Plaintiffs' expert on Friday May 29, 2026,

at the office of the Camden County Prosecutor for the Plaintiffs' expert to complete a download

of data stored on and/or related to Mr. Tran's phone.

IT IS FURTHER ORDERED AND DECREED that no party to this case may publish or disseminate data obtained from the above-described download to the public for any reason, other than purposes related to this litigation.

**SO ORDERED.**

Dated:  May 14, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge