**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MANJINA PATEL, as guardian of KISHAN PATEL, an incapacitated person<br>Plaintiff,<br>vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, And POLICE OFFICERS JOHN DOE 1-10<br>Defendants | : | Civil Action No. 24-cv-7428 **(lead case)** |
| STEPHANIE HUMMEL<br>Plaintiff,<br>vs.<br><br>THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, And POLICE OFFICERS JOHN DOE 1-10<br>Defendants | : | Civil Action No. 24-cv-8509 (consolidated under 24-cv-7428) |

**ORDER**

**IT IS**, on this day of August, 2026, **ORDERED** that the videotaped deposition of Defendant, Hieu Tran shall take place in person at the East Jersey State Prison, Rahway, New Jersey, beginning on August 24, 2026 and August 25, 2026, and continuing thereafter as necessary, or on such other date as the parties may mutually agree, subject to the rules and regulations of the New Jersey Department of Corrections.

It is **FURTHER ORDERED** that the following individuals shall be permitted to appear at the deposition, with any additional specific names to be provided at a later date:

- Counsel for Plaintiff, Manjina Patel, as guardian of Kishan Patel, an incapacitated person, Joseph M. Marrone, Esquire, Michael D. Pomerantz, Esquire and Brian M. Marchese, Esquire, from the Marrone Law Firm, LLC;
- Counsel for Plaintiff, Stephanie Hummel, J. Peter Veloski, Esquire and Mariano Cepeda, Esquire from Saltz Mongeluzzi Bendesky P.C. and Phillip Hines, Esquire from Held & Hines, LLP;
- Counsel for Defendant, Hieu Tran, from The Gold Law Firm, P.C., Aaron Goldsmith, Esquire;
- Counsel for Defendant, The City of New York, from the New York City Law Department, Sosimo Fabian;
- Designated Court Reporter, Johnathan Phelps;
- Designated Videographer, Daniel Irvine;
- Designated Technology Support Personnel (if necessary).

It is **FURTHER ORDERED** that the participants shall be permitted to bring all necessary documents and equipment into the facility with them for purposes of conducting the deposition, including but not limited to, the following:

- All paper files and paperwork of counsel;
- Boxes containing copies of any and all exhibits to be used with the witness;
- Counsel's laptops, tablets, and other electronic devices (with the exception of cell phones). No devices within the facility are permitted to be connected to mobile networks or the internet;
- Counsel's notepads writing utensils;
- Counsel's keyboards, mice, power cords, and power strips;

- Court Reporter's equipment, including, but not limited to, tablet, laptop, stenograph or other similar machine, charger cables, power cords, power strips, extension cords, computer cords, dictaphone or other recording device;
- Videographer's equipment, including, but not limited to, backpack, speaker, rolling case, camera case, camera, charger cable,, (4) power cables, (4) charging blocks, headphones, microphones, xlr cables, xml cables, (4) lav mics, audio cables, Aux cable; tripod, power strip, backdrop, light stand, tripod, sling box, electrical tape, audio mixer, power cables, extension cable and cord, equipment bags, equipment cases, 3 laptops, (2) HDMI cables, (2) HDMI capture card;
- Technology support personnel's equipment, including, but not limited to, screens, monitors, speakers, HDMI splitters, HDMI cords, speaker wires, power cords, power strips.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge