UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MANJINA PATEL, as the guardian of KISHAN PATEL, an incapacitated person,

Plaintiff,

-v-

THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, AND POLICE OFFICERS JOHN DOE 1-10,

Defendants.

---------------------------------------------------------------------X

24-CV-07428 (JAV)

---------------------------------------------------------------------X

STEPHANIE HUMMEL,

Plaintiff

-v-

THE CITY OF NEW YORK, POLICE OFFICER HIEU TRAN, MAYOR ERIC ADAMS, COMM. EDWARD CABAN, AND POLICE OFFICERS JOHN DOE 1-10,

Defendants.

---------------------------------------------------------------------X

24-CV-8509 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record at today's conference, the stay of discovery (ECF No. 127) is hereby **LIFTED** with respect to Defendant Tran's work phone, insofar as it relates to topics intertwined with the IAB investigation. The City shall serve responses and objections, if any, to all outstanding discovery requests regarding the same within thirty (30) days of the date of this Order, in accordance with the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: October 23, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge